FILED IN
COURT OF CRIMINAL APPEALS

October 9, 2015

ABEL ACOSTA, CLERK

PD-1067-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/9/2015 3:17:53 PM
Accepted 10/9/2015 3:48:07 PM
ABEL ACOSTA
CLERK

## BOTSFORD & ROARK

1307 WEST AVENUE
AUSTIN, TEXAS 78701
www.davidbotsfordlaw.com

David L. Botsford**
Telephone: (512) 479-8030
Telecopier: (512) 479-8040
E-Mail: DBotsford@aol.com

_____
*Board Certified in Criminal Law
**Board Certified in Appellate Criminal Law
Texas Board of Legal Specialization

Brian J. Roark
Telephone: (512) 476-1900
Telecopier: (512) 479-8040
E-Mail: Brian@brianroark.com

Frank Maloney, Of Counsel*
Woody Roark, Of Counsel

October 9, 2015

Mr. Abel Acosta
Clerk, Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Re: Ex parte James Richard "Rick" Perry, Cause No. PD-1067-15

Dear Abel:

Pursuant to your letter of October 9, 2015, this is to advise you that I will appear on November 18, 2015, at 9:00 a.m. for the oral argument in the above styled and numbered cause.

Sincerely,

/s/ David L. Botsford